**No. 45376.**—Protests 47557–K, etc., of S. Alioto & Sons et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

**No. 45377.**—Protest 894924–G of Howatt Brokerage Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protest was sustained.

**No. 45378.**—Protest 997961–G of Kraft Phenix Cheese Corp. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protest was sustained.

**No. 45379.**—Protest 959870–G of Howatt Brokerage Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protest was sustained.

**No. 45380.**—Protest 894920–G of Howatt Brokerage Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protest was sustained.

**No. 45381.**—Protests 894928–G, etc., of Swift & Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protests were sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 11, 1941

**No. 45382.**—Protest 652205–G of Feltex Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 45383.**—Protest 991077–G of Delman, Inc. (New York).

Opinion by WALKER, J. It was found that the article here involved responds to the definition of the word "basket" rather than that of "box." It is made of an interwoven, flexible material—straw or palm leaf—and has pliant sides. It was held that the evidence does not take it out of the provision for baskets. On the record presented the protest was overruled. *United States* v. *Byrnes & Co.* (11 Ct. Cust. Appls. 68, T. D. 38728 cited).